N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Maria Galan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 4415 |
| | ) | |
| Pekay & Blitstein, P.C., an Illinois professional corporation, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Maria Galan, having reached a settlement with Defendant, hereby stipulates to the dismissal of this action with prejudice.

Dated: September 2, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____     ENTERED:


_____
Judge Samuel Der-Yeghiayan,
United States District Court

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.** Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, by 5:00 p.m. on September 2, 2008.

Michael Pekay
Pekay & Blitstein, P.C.
Attorneys at Law
77 W. Washington
Suite 719
Chicago, Illinois 60602


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com